DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| **MARK KING,** | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Civil Action No. 2016-0025 |
| **RICK MULGRAVE, Director of the Virgin Islands Bureau of Corrections,** | ) |
| | ) |
| Defendant. | ) |

**Appearances:**
**Mark King,** *Pro Se*

## ORDER

**UPON CONSIDERATION** of Plaintiff Mark King's Amended Complaint (Dkt. No. 17); Magistrate Judge George W. Cannon Jr.'s Report and Recommendation ("R&R") (Dkt. No. 20); and for the reasons set forth in the accompanying Memorandum Opinion filed contemporaneously herewith; it is hereby

**ORDERED** that Plaintiff's Amended Complaint (Dkt. No. 17) is **DISMISSED AS MOOT**; and it is further

**ORDERED** that the Clerk of Court shall provide a copy of this Order and its accompanying Memorandum Opinion to Plaintiff by certified mail, return receipt requested; and it is further

**ORDERED** that the Clerk of Court is directed to mark the case **CLOSED**.

**SO ORDERED.**

Date:   May 27, 2020                                          _____/s/_____
                                                                              WILMA A. LEWIS
                                                                              Chief Judge

1